Argued and submitted June 12, reversed and remanded July 16, 2003

Connie UMPHREY,
individually;
and Clancy Umphrey, a minor,
by and through his parent
and guardian, Connie Umphrey,
*Appellants,*

*v.*

Diane DOLL,
*Respondent.*

01-08-13591; A117458

72 P3d 1010

Clayton C. Patrick argued the cause for appellants. On the briefs were Mitchell R. Barker and Litster Injury Lawyers.

Theodore C. Peters, Boise, Idaho, argued the cause for respondent. With him on the brief was Racine Olson Nye Budge & Bailey, Chtd.

John T. Kaempf and Bullivant Houser Bailey, PC, filed the brief *amicus curiae* for Oregon Association of Defense Counsel.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Reversed and remanded. *Neff v. Jackson County*, 187 Or App 402, 67 P3d 977 (2003).